**Gailla J. HUTSON, Appellant,**

v.

**Jearld R. HUTSON, Respondent.**

**No. WD 49715.**

Missouri Court of Appeals, Western District.

Oct. 31, 1995.

Daniel D. Lane, Independence, for appellant.

Michael W. Hanna, Raytown, for respondent.

Before LAURA DENVIR STITH, P.J., and LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

Wife appeals the trial court's judgment dissolving the parties' marriage, dividing their property, and awarding custody of their two children to the father. There is no precedential purpose in publishing a written opinion and therefore, we affirm pursuant to Rule 84.16(b).